and 9 are, together with the whole of the 10th, 11th and 12th findings, hereby disapproved and stricken out. All concurred.

Frank J. Shaffer, as Administrator, etc., Respondent, v. Mary Fitzgerald and John Fitzgerald, Appellants.—Judgment affirmed, with costs. All concurred.

In the Matter of the Application of Timothy Foohey, as Surviving Member of the Firm of Pollard, Goff & Company, Respondent, for a Peremptory Writ of Mandamus Directed to Julius N. Shaw and Others, as Commissioners for the Drainage of Low, Wet, Swamp Lands.— Order affirmed, with costs. All concurred.

Riter-Conley Manufacturing Company, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment and order affirmed, with costs. All concurred.

Antonio Madammi, an Infant, by Pasquale Madammi, His Guardian ad Litem, Respondent, v. Hudson & Company, Appellant.—Judgment and order affirmed, with costs. All concurred.

Irving Galusha, Appellant, v. Elizabeth K. Hughes, Individually and as Executrix, etc., and Another, Respondents.—Judgment reversed and new trial granted, with costs to the appellant to abide event. Held, that the bringing of the action and the other circumstances are sufficient to establish a repudiation by the plaintiff of the contract on the ground of fraud. (*Gould* v. *Cayuga County Nat. Bank*, 86 N. Y. 75; *Davis* v. *Rosenzweig Realty Co.*, 192 id. 128; *Cox* v. *Stillman*, 132 App. Div. 433.) All concurred, except Lambert, J., who dissented upon the ground that there is a failure of proof to establish fraud as a basis of rescission.

Peter J. Mentges, Respondent, v. Flagg Storage Warehouse Company, Appellant.—Judgment and order affirmed, with costs. All concurred.

Emma J. Heskell, as Administratrix, etc., Respondent, v. The Auburn Telephone Company, Appellant.—Judgment and order affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. Paolo Maida, Appellant.—Judgment of conviction and order reversed and new trial granted. Held, that the court committed prejudicial error in charging the jury that they might find the defendant guilty of perjury if they believed that he testified falsely upon either of three occasions, two of which were not charged in the indictment. All concurred.

Lloyd Burtis, an Infant, by Belle Burtis, Guardian ad Litem, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment and order affirmed, with costs. All concurred.

Alvin Block, Respondent, v. Jacob C. Lombard, Appellant, Impleaded with Others.—Interlocutory judgment affirmed, with costs, with leave to the appellant to plead over within twenty days, upon payment of the costs of the demurrer and of this appeal. All concurred.

Mary Metzger, Respondent, v. Frank J. Moll, Appellant.—Motion granted and appeal dismissed, with costs.

John F. Weinheimer, Appellant, v. Alexander J. Ross and Others, Respondents.— Order made by this court on March 11, 1914, amended so as to provide that the judgment appealed from be modified by striking